

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-11-00113-CR

GARY DALE POTTER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court
Lamar County, Texas
Trial Court No. 57477

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Gary Dale Potter, appellant, has filed with the county clerk a notice that he no longer wishes to pursue his appeal. The clerk has forwarded that notice to us. Therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

                                        Jack Carter
                                        Justice

Date Submitted:     July 19, 2011
Date Decided:       July 20, 2011

Do Not Publish

2